**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6605**

———————

ERNESTO POUX, JR.,

             Plaintiff - Appellant,

       v.

FCI BENNETTSVILLE SC, SSLT Mailroom; FCI BENNETTSVILLE SC,
SHU Officers; FCI BENNETTSVILLE SC, C Unit Manager; J.
EDWARDS, Lt.; S. MORRISON, Lt.; MS. T. LEWIS, Lt.; D.
HUDSON, Lt.; MS. S. CARTWRIGHT; JOHN DOES; JANE DOES,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry F. Floyd, District Judge.
(4:10-cv-00433-HFF)

———————

Submitted:  September 13, 2011      Decided:  September 16, 2011

———————

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ernesto Poux, Jr., Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernesto Poux, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Poux v. FCI, No. 4:10-cv-00433-HFF (D.S.C. Dec. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED